FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IMANUEL BASSIL ALI,                    )
     Plaintiff,                     )
                              )
        v.                           )  Civil Action No. 05-1697
                              )
C.O. SUCHOCKI, et al.,                  )
     Defendants.                    )

## O  R  D  E  R

AND NOW, this 21 *st* day of *Nov.*        2006, after the plaintiff filed a civil rights

complaint in the above-captioned case, and after a Report and Recommendation was issued by

the United States Magistrate Judge, and the parties were granted thirteen days after being served

with a copy to file written objections thereto, and no objections having been filed, and upon

independent review of the pleadings, and the Magistrate Judge's Report and Recommendation,

which is adopted as the opinion of this Court,

IT IS ORDERED that the defendants' motion for summary judgment (Document No. 62)

is granted, and that judgment is entered accordingly.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the

plaintiff desires to appeal from this Order, he must do so within thirty (30) days by filing a notice

of appeal as provided by Rule 3 F.R.App.P.

*This case is closed.*

*Sanetta F. Ambrose*

United States District Judge

cc:    Imanuel Bassil Ali
        BS-0997

SCI Graterford
P.O. Box 244
Graterford, PA  19426

All Counsel of Record

Honorable Robert C. Mitchell
United States Magistrate Judge